**D.I. #** _____

# CIVIL ACTION
# NUMBER: _____ 07CV 370 ✱✱✱

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.20 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.50 |

Postmark Here
JUL 23 2007

Sent To  WARDEN TOM CARROLL
Street, Apt. No.;  DELAWARE CORRECTIONAL CENTER
or PO Box No.  1181 PADDOCK RD.
City, State, ZIP+4  SMYRNA, DE 19977

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0002 2565 9370

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.70 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.50 |

Postmark Here
JUL 2007

Sent To  LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.;  DEPARTMENT OF JUSTICE
or PO Box No.  820 N. FRENCH STREET
City, State, ZIP+4  WILMINGTON DE 19801

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0002 2565 9387