IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL DURHAM**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-370-*** |
| | : | |
| **ELIZABETH BURRIS**, Acting Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.  The petitioner, Michael Durham, has applied for federal habeas relief challenging his December 2003 conviction by a Delaware Superior Court jury for first degree burglary, attempted first degree robbery, first degree reckless endangering, four counts of possession of a firearm during the commission of a felony, , terroristic threatening, third degree assault (the lesser included offense of second degree assault), endangering the welfare of a child, criminal mischief, and aggravated menacing. D.I. 1. The undersigned filed an answer to the petition on November 15, 2007.

2.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.  Due to the absence from the office of the Chief of the Appeals Division for the last two weeks, the undersigned has been unable to obtain the certified state court records in

order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before December 10, 2007.

    4.    Respondents submit that an extension of time to December 10, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                  /s/ Elizabeth R. McFarlan
                                  Deputy Attorney General
                                  Department of Justice
                                  820 N. French Street
                                  Wilmington, DE 19801
                                  (302) 577-8500
                                  Del. Bar. ID No. 3759
                                  elizabeth.mcfarlan@state.de.us

Date: November 15, 2007

**RULE 7.1.1 CERTIFICATION**

      I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

      <u>/s/ Elizabeth R. McFarlan</u>
      Deputy Attorney General

      Counsel for Respondents

Date:  November 15, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL DURHAM**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 07-370-*** |
| | : |
| **ELIZABETH BURRIS**, Acting Warden, | : |
| and **JOSEPH R. BIDEN, III**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before December 10, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2007, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on November 15, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Michael Durham
SBI No. 161286
Delaware Correctional Center
1181 Padock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us