IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL DURHAM**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 07-370-*** |
| | : |
| **ELIZABETH BURRIS**, Acting Warden, | : |
| and **JOSEPH R. BIDEN, III**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 227, 2004)

    b. State's Answering Brief & Appendix (No. 227, 2004)

    c. Opinion (No. 227, 2004) (January 15, 2005)

    d. Appellant's Opening Brief & Appendix (No. 176, 2006)

    e. State's Motion to Affirm (No. 176, 2006)

    f. Order (No. 176, 2006) (September 28, 2006).

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

December 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 21, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Michael Durham
    SBI No. 161286
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us